# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REED, *et al.*, | : |
| Plaintiffs, | : |
| | : CIVIL ACTION NO. 3:12-cv-01336 |
| v. | : |
| CITY OF SCRANTON, *et al.* | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby request that the above matter be dismissed with prejudice as to the Defendants.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| s/ Judith Sznyter | s/ Joseph A. O'Brien |
| Judith Sznyter, Esquire | Joseph A. O'Brien, Esquire |
| Attorney ID 91135 | Attorney ID 22103 |
| Jennings Sigmond, P.C. | Oliver, Price & Rhodes |
| The Penn Mutual Towers, 16th Floor | 1212 South Abington Road |
| 510 Walnut Street | Clarks Summit, PA 18411 |
| Philadelphia, PA 19106-3683 | Phone: (570) 585-1200 |
| Phone: (215) 351-0612 | Fax: (570) 585-5100 |
| Fax: (215) 922-3524 | |
| Counsel for Plaintiffs | Counsel for Defendants |

Dated: February 25, 2013

441004
F6F2IA.33076.pl